**QUILL & ARROW LLP**
Kevin Y. Jacobson, Esq. (SBN 320532)
kjacobson@quillarrowlaw.com
Danja Stocca, Esq. (SBN 350295)
dstocca@quillarrowlaw.com
10880 Wilshire Blvd., Suite 1600
Los Angeles, California 90024

Attorneys for Plaintiff,
**LETICIA KNAUER GUERRA**

**SHOOK, HARDY & BACON L.L.P.**
Amir Nassihi (SBN 235936)
anassihi@shb.com
Joan Camagong (SBN 288217)
jcamagong@shb.com
David Polyakov (SBN 341577)
dpolyakov@shb.com
555 Mission Street, Suite 2300
San Francisco, CA 94105

Attorneys for Defendant,
**NISSAN NORTH AMERICA, INC.**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LETICIA KNAUER GUERRA, an individual,<br><br>        Plaintiff,<br><br>vs.<br><br>NISSAN NORTH AMERICA, INC., a Delaware Corporation, and DOES 1 through 10, inclusive,<br><br>        Defendants. | Case No: 5:24-cv-1452-JGB-DTB<br><br>Judge: Hon. Jesus G. Bernal<br>Magistrate Judge: Hon. David T. Bristow<br><br>**JOINT NOTICE OF SETTLEMENT** |

1

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Plaintiff, LETICIA KNAUER GUERRA, and Defendant, NISSAN NORTH AMERICA, INC, (the "Parties"), jointly, write to advise this Court that they have settled this matter; however, the attorneys' fees, costs, and expenses remain outstanding, and Plaintiff intends to file a noticed motion. The Parties request that the Court vacate any upcoming hearings and deadlines while the performance of the settlement terms is pending.

Once all terms of the settlement are completed and payment is received by Plaintiff and after payment of Plaintiff's attorneys' fees, costs and expenses, to be determined by agreement of the Parties or by noticed motion, the Parties shall file an executed Stipulation of Dismissal of the entire action with prejudice. The Parties expect to file the dismissal papers within 90 days.

Based on the foregoing, the Parties respectfully request that the Court Order that this action be dismissed without prejudice and the Court continue to retain jurisdiction over this action to enforce the terms of the settlement agreement.

Dated: August 20, 2024,          QUILL & ARROW LLP

By _____
Kevin Y. Jacobson, Esq.
Danja Stocca, Esq.
Attorneys for Plaintiff,
LETICIA KNAUER GUERRA

Dated: August 20, 2024,          SHOOK, HARDY & BACON L.L.P.

By: _/s/ Joan R. Camagong_____
Amir Nassihi, Esq.
Joan Camagong, Esq.
David Polyakov, Esq.
Attorneys for Defendant,
NISSAN NORTH AMERICA, INC.

2

JOINT NOTICE OF SETTLEMENT